IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYAL P. McHENRY,

    Petitioner,                    No. CIV S-10-1794 GGH P

   vs.

WARDEN PAT VASQUEZ,

    Respondent.                  ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

       The application attacks a conviction issued by the Los Angeles County Superior Court. While both this Court[1] and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 93 S. Ct. 1123 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Los Angeles County. Id. at 499 n.15, 93 S. Ct. at 1132 n. 15; 28 U.S.C. § 2241(d).

---

[1] Actually, the appropriate division would be the Fresno Division, not the Sacramento Division, of the Eastern District as petitioner is housed at Wasco State Prison in Kern County.

1

1  Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:
2  1. This court has not ruled on petitioner's application to proceed in forma
3  pauperis; and
4  2. This matter is transferred to the United States District Court for the Central
5  District of California.
6  DATED: July 20, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
mche1794.108